USA-153 Consent to Transfer of Case for Plea and Sentence (Under Rule 20)

FILED
IN CLERK'S OFFICE
U S DISTRICT COURT E D N Y

★ APR 15 2011 ★

LONG ISLAND OFFICE

In the United States District Court

for the _____ DISTRICT OF Columbia

UNITED STATES OF AMERICA
V.
Pedro Antonio Bermudez Suaza

CRIMINAL NUMBER: 08-296 - RJL

CR 11 332
SEYBERT, J.
FILED LINDSAY, M.

Consent to Transfer of Case for Plea
and Sentence
(Under Rule 20)

APR 13 2011

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

I, __Pedro Antonio Bermudez Suaza__, defendant, have been informed that an (*indictment, information, complaint*) is pending against me in the above designated cause. I wish to plead _____guilty_____ to the offense charged, to consent to the disposition of the case in the _____Eastern_____ District of _____New York_____ in which I, __Pedro Bermudez__, (am under arrest, am held) and to waive trial in the above captioned District.

Dated: March 30 2011 at Brooklyn, New York

_____
(Defendant)

_____
(Witness)

_____
(Counsel for Defendants)

_____
(Assistant United States Attorney)

_____ Approved

United States Attorney for the
Eastern _____ District of
New York

United States Attorney for the
ARTHUR WYATT, Chief, NDDS _____ District of
Criminal Division, Department of Justice